# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RENE OCAMPO-OCAMPO (1),

Defendant.

CASE NO. **12CR0726-JLS**

**JUDGMENT OF DISMISSAL**

12 APR 19 AM 9:13

BY:

DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

X__ of the offense(s) as charged in the Information:

8 USC §1326 Deported Alien Found in the United States

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 18, 2012

Janis L. Sammartino
U.S. District Judge